[No. 11491. Department One. — July 21, 1886.]

ALBERT M. JOHNSON, ASSIGNEE OF JACOB KAERTH, AN INSOLVENT, RESPONDENT, *v.* A. R. KLEIN, APPELLANT.

PRACTICE — FINDINGS — SUFFICIENCY OF. — A finding that all the averments of a complaint are true is a sufficient finding of facts, if the answer contains nothing but denials and an admission of matters alleged in the complaint.

APPEAL from a judgment of the Superior Court of Sacramento County.

The action was brought to recover the proceeds of an execution sale of certain goods belonging to the assignor of the plaintiff, on the ground that ·the judgment under which the sale was made was obtained through the fraudulent collusion of the defendant and the assignor, and was in fraud of the creditors of the latter. The findings were that all and singular the averments of the complaint are true. The further facts are stated in the opinion of the court.

. *Taylor & Holl,* for Appellant.

*Freeman, Johnson & Bates,* for Respondent.

Ross, J.—It has been so often held here that a finding that all the averments of the complaint are true is a sufficient finding of facts that an appeal grounded on its

alleged insufficiency must be held to have been taken for delay. The answer contained nothing but denials and an admission of matters alleged in the complaint, so that the finding that all of the allegations of the complaint are true necessarily covers all of the issues made by the pleadings.

Judgment affirmed, with fifty dollars·damages.

McKINSTRY, J., and MYRICK, J., concurred.